## Tal HAREL, Petitioner,

v.

## DEPARTMENT OF the INTERIOR, Respondent.

### No. 2008–3282.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2009.

Richard Segerblom, Richard Segerblom, Ltd., of Las Vegas, NV, argued for petitioner.

Jane C. Dempsey, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

SCHALL, BRYSON, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.